■ In the Matter of RALEIGH L. DAVENPORT, an Attorney. — Motion for a stay denied, and cross motion granted and respondent suspended from practice as an attorney and counselor at law in the State of New York effective December 13, 1983, and until the further order of this court. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Fein, JJ.

■

# (December 15, 1983)

■ ROSALYN BENDIT, Appellant, v JOYCE KULAHLIOGLU et al., Respondents. — Order, Appellate Term, First Department, entered on March 17, 1983, affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur — Murphy, P. J., Kupferman, Bloom and Alexander, JJ.

Kassal, J., dissents for the reasons stated by D. Sullivan, J., at Appellate Term.